```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 00247
    ILA D WOLEN
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-3229


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/05/2005 and was confirmed 04/18/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/15/2007.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
ECAST SETTLEMENT CORP    UNSECURED        8660.72           .00            .00
AURORA LOAN SERVICES     CURRENT MORTG   67368.89           .00        67368.89
OLD REPUBLIC INSURANCE C CURRENT MORTG    7079.70           .00         7079.70
AURORA LOAN SERVICES     MORTGAGE ARRE    8793.00           .00         8095.04
OLD REPUBLIC INSURANCE C MORTGAGE ARRE     953.96           .00          874.66
DAIMLER CHRYSLER FINANCI SECURED              .00           .00            .00
CITIFINANCIAL            SECURED           250.00         21.40          226.60
CITIFINANCIAL            UNSECURED      NOT FILED           .00            .00
ILLINOIS ATTORNEY GENERA NOTICE ONLY    NOT FILED           .00            .00
ECAST SETTLEMENT CORP    UNSECURED       12268.11           .00            .00
CHASE FREEDOM            NOTICE ONLY    NOT FILED           .00            .00
CITY OF CHICAGO PARKING  UNSECURED         830.00           .00            .00
HOUSEHOLD BANK           UNSECURED      NOT FILED           .00            .00
ECAST SETTLEMENT CORP    UNSECURED       12634.93           .00            .00
KEYBANK NATIONAL ASSOCIA UNSECURED        7811.65           .00            .00
STERLING INC             SECURED              .00           .00            .00
STERLING INC             UNSECURED         128.41           .00            .00
ECAST SETTLEMENT CORP    UNSECURED        8306.64           .00            .00
LEGAL HELPERS PC         DEBTOR ATTY     1,800.00                      1,800.00
TOM VAUGHN               TRUSTEE                                       4,860.89
DEBTOR REFUND            REFUND                                        3,940.08

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               94,267.26

PRIORITY                                          .00
SECURED                                     83,644.89
    INTEREST                                    21.40
UNSECURED                                         .00

               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 00247  ILA D WOLEN
```

```
ADMINISTRATIVE                                              1,800.00
TRUSTEE COMPENSATION                                        4,860.89
DEBTOR REFUND                                               3,940.08
                                   ---------------    ---------------
TOTALS                                   94,267.26          94,267.26
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 02/26/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                              PAGE   2
        CASE NO. 05 B 00247 ILA D WOLEN